**Order entered August 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00471-CR**
**No. 05-21-00472-CR**

**JEWELL LEE THOMAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-31413-T & F18-10610-T**

### ORDER

We **REINSTATE** these appeals.

We abated for the appointment of counsel. On August 12, 2021, the clerk's records were filed containing, among other things, the appointment. We **DIRECT** the Clerk of the Court to list LaToya Blakely as counsel for appellant in these appeals. All future correspondence shall be sent to Ms. Blakely at 6505 W. Park Blvd, Ste 306 PMB 290, Plano, Texas 75093-6212.

The reporter's record was due July 26, 2021. That same day, the Court received the requests of Crystal Carey and Vearneas Faggett for extensions of time. Both requests indicate there are other court reporters preparing parts of the record and that there is no official court reporter for the 283rd Judicial District Court.

These appeals cannot proceed without a reporter's record. and there is no official court reporter to coordinate the filing of the record. Therefore, we **ORDER** the trial court to hold a hearing, at which all court reporters who have taken a portion of the record in these cases are present, to determine (1) the names and addresses of all court reporters preparing portions of the record for these appeals; (2) which court reporter shall be responsible for filing the complete reporter's record; (3) when the reporter's record will be completed; and (4) what steps need to be taken to ensure the record is filed by that date.

The trial court shall make its findings concerning the reporter's record in writing. The findings shall be filed in a supplemental clerk's record **no later than September 13, 2021**. A supplemental reporter's record of the hearing shall also be filed no later than **September 13, 2021**.

The Court will defer ruling on the requests of Ms. Carey and Ms. Faggett until the supplemental records are received.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; to Felicia Pitre, Dallas

County District Clerk; to Crystal Carey, deputy court reporter, 283rd Judicial District Court; to Vearneas Faggett, deputy court reporter, 283rd Judicial District Court; and to counsel for all parties.

We **ABATE** the appeals to allow the trial court an opportunity to comply with this order. They will be reinstated when the supplemental records are filed or the Court deems it appropriate to do so.

/s/    LANA MYERS
        JUSTICE